UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE BONNER, individually,<br><br>Plaintiff,<br><br>v.<br><br>REXON INDUSTRIAL CORP., and SEARS, ROEBUCK & CO.,<br><br>Defendants. | NO. 2:18-cv-00288-SAB<br><br>**ORDER DISMISSING DEFENDANT** |

Before the Court is a Stipulation of Dismissal of Power Tools Specialists, Inc., ECF No. 55. Pursuant to Fed. R. Civ. P. 41(a) and the joint wishes of the parties, Defendant Power Tools Specialists Inc. is dismissed from the above-captioned action without prejudice, and the caption shall be so amended.

//
//
//
//
//
//
//

**ORDER DISMISSING DEFENDANT ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Stipulation of Dismissal of Power Tools Specialists, Inc., ECF No. 55, is **GRANTED**.
2. Defendant Power Tools Specialists, Inc.'s Motion to Dismiss, ECF No. 32, is **GRANTED.**
3. All of Plaintiffs' claims against Defendant Power Tools Specialists, Inc. are **DISMISSED WITHOUT PREJUDICE** and without an award of attorneys' fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel

**DATED** this 22nd day of January 2020.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING DEFENDANT** ~ 2